LARRY SALZMAN, Cal. Bar No. 224727
Email: lsalzman@pacificlegal.org
*Local Southern District of California Counsel*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

HALEY DUTCH, Colo. Bar No. 58181*
Email: hdutch@pacificlegal.org
JACK E. BROWN, Va. Bar No. 94680*
Email: jbrown@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiffs*
*\*pro hac vice application forthcoming*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, a 501(c)(3) organization, and KAI PETERS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UNIVERSITY OF CALIFORNIA SAN DIEGO; PRADEEP K. KHOSLA, in his individual and official capacity as the Chancellor of UC San Diego; THE SAN DIEGO FOUNDATION, a 501(c)(3) organization, as administrator of the BLACK ALUMNI SCHOLARSHIP FUND; and ED SPRIGGS, in his individual and official capacity as Executive Chair of the Black Alumni Scholarship Fund,<br><br>Defendants. | No. 3:25-cv-01808-BEN-DEB<br><br>**CORPORATE DISCLOSURE STATEMENT OF CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION** |

1  The undersigned counsel for Plaintiffs state that Californians for
2  Equal Rights Foundation is a 501(c)(3) organization with no parent
3  company and no stock.
4  DATED: July 16, 2025.

Respectfully submitted,

LARRY SALZMAN
JACK BROWN*
HALEY DUTCH*

 s/ *Larry Salzman*
LARRY SALZMAN
*Attorneys for Plaintiff*
Email: lsalzman@pacificlegal.org

*pro hac vice application forthcoming*