1  LARRY SALZMAN, Cal. Bar No. 224727
   Email: lsalzman@pacificlegal.org
2  *Local Southern District of California Counsel*
   Pacific Legal Foundation
3  555 Capitol Mall, Suite 1290
   Sacramento, California 95814
4  Telephone: (916) 419-7111
   Facsimile: (916) 419-7747
5

6  HALEY DUTCH, Colo. Bar No. 58181*
   Email: hdutch@pacificlegal.org
7  JACK E. BROWN, Va. Bar No. 94680*
   Email: jbrown@pacificlegal.org
8  Pacific Legal Foundation
   3100 Clarendon Blvd., Suite 1000
9  Arlington, Virginia 22201
   Telephone: (202) 888-6881
10 Facsimile: (916) 419-7747

11 *Attorneys for Plaintiffs*
   *\*pro hac vice application forthcoming*
12

13              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, a 501(c)(3) organization, and KAI PETERS, | No. 3:25-cv-01808-BEN-DEB |
| 16 | **PLAINTIFFS' NOTICE OF PARTY WITH FINANCIAL INTEREST (CIV LR 40.2)** |
| 17              Plaintiffs, | |
| 18       v. | |
| 19  UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UNIVERSITY OF CALIFORNIA SAN DIEGO; PRADEEP K. KHOSLA, in his individual and official capacity as the Chancellor of UC San Diego; THE SAN DIEGO FOUNDATION, a 501(c)(3) organization, as administrator of the BLACK ALUMNI SCHOLARSHIP FUND; and ED SPRIGGS, in his individual and official capacity as Executive Chair of the Black Alumni Scholarship Fund, | |
| 27              Defendants. | |

28

Plaintiffs are not aware of any persons, associations of persons, firms, partnerships, corporations, or any other entities, other than the parties themselves and the attorneys of record, that have a financial interest of any kind in the subject matter in controversy or in a party to the proceeding or any other kind of interest that could be substantially affected by the outcome of the proceeding. Plaintiffs will supplement this statement if they become aware of an interest other than that of the named parties and the attorneys of record to report.

DATED: July 16, 2025.

Respectfully submitted,

LARRY SALZMAN
JACK BROWN*
HALEY DUTCH*

 s/ *Larry Salzman*
LARRY SALZMAN
*Attorneys for Plaintiff*
Email: lsalzman@pacificlegal.org

**pro hac vice application forthcoming*