WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo P. Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice application pending

*Attorneys for Defendants the Regents of the University of California, University of California San Diego, and Pradeep K. Khosla*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 3:25-cv-01808-TWR-DEB <br><br> **UC DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** <br><br> Hon. Todd Robinson <br> Courtroom 14A, 14th Floor |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following: The Regents of the University of California ("The Regents") is a corporation formed under Article IX, Section 9 of the California Constitution. No publicly held entity owns more than 10% of The Regents.

Defendant Pradeep K. Khosla is an individual.

Dated: August 22, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Joshua A. Vittor*

Debo P. Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

**pro hac vice* application pending*

*Attorneys for Defendants the Regents of the University of California, University of California San Diego, and Pradeep K. Khosla*

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

Dated: August 22, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Joshua A. Vittor*

Debo P. Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

**pro hac vice* application pending*

*Attorneys for Defendants the Regents of the University of California, University of California San Diego, and Pradeep K. Khosla*