WILMER CUTLER PICKERING
HALE AND DORR LLP
Debo P. Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

*pro hac vice application pending

*Attorneys for Defendants the Regents of the University of California, University of California San Diego, and Pradeep K. Khosla*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, ET AL., <br><br> Defendants. | Case No. 3:25-cv-01808-TWR-DEB <br><br> **UC DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST** <br><br> Hon. Todd Robinson <br> Courtroom 14A, 14th Floor |

## **NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule 40.2, Defendants the Regents of the University of California and Pradeep K. Khosla state that as of this date there is no person, association of persons, firm, partnership, or corporation (other than the named parties) that may have a pecuniary interest in the outcome of the case. Defendants reserve the right to supplement this statement if necessary.

Dated: August 22, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Joshua A. Vittor*

Debo P. Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

**pro hac vice* application pending*

*Attorneys for Defendants the Regents of the University of California, University of California San Diego, and Pradeep K. Khosla*

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

Dated:  August 22, 2025

WILMER CUTLER PICKERING HALE AND DORR LLP

By:  */s/ Joshua A. Vittor*

Debo P. Adegbile (NY Bar No. 2699742)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-295-8800
debo.adegbile@wilmerhale.com

Felicia H. Ellsworth (MA Bar No. 665232)*
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
felicia.ellsworth@wilmerhale.com

Joshua A. Vittor (CA Bar No. 326221)
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
Telephone: 213-443-5300
joshua.vittor@wilmerhale.com

**pro hac vice* application pending*

*Attorneys for Defendants the Regents of the University of California, University of California San Diego, and Pradeep K. Khosla*