LARRY SALZMAN, Cal. Bar No. 224727
Email: lsalzman@pacificlegal.org
*Local Southern District of California Counsel*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

JACK E. BROWN, Va. Bar No. 94680*
Email: jbrown@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*
*pro hac vice

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR EQUAL RIGHTS FOUNDATION, a 501(c)(3) organization, and KAI PETERS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; UNIVERSITY OF CALIFORNIA SAN DIEGO; PRADEEP K. KHOSLA, in his individual and official capacity as the Chancellor of UC San Diego; THE SAN DIEGO FOUNDATION, a 501(c)(3) organization, as administrator of the BLACK ALUMNI SCHOLARSHIP FUND; and ED SPRIGGS, in his individual and official capacity as Executive Chair of the Black Alumni Scholarship Fund,<br><br>Defendants. | No. 3:25-cv-01808-TWR-DEB<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs hereby dismiss this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED: October 20, 2025.

                                      Respectfully submitted,

                                      LARRY SALZMAN
                                      JACK BROWN*
                                      HALEY DUTCH*
                                      PACIFIC LEGAL FOUNDATION

                                      s/ *Larry Salzman*
                                        LARRY SALZMAN

                                      *Attorneys for Plaintiff*
                                      lsalzman@pacificlegal.org

                                      *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2025, I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system, which sent notification of said filing to all CM/ECF participants.

DATED: October 20, 2025.

                                              Respectfully submitted,

                                              LARRY SALZMAN
                                              JACK BROWN*
                                              HALEY DUTCH*
                                              PACIFIC LEGAL FOUNDATION

                                              s/ *Larry Salzman*
                                                  LARRY SALZMAN

                                              *Attorneys for Plaintiff*
                                              lsalzman@pacificlegal.org

                                              **pro hac vice*